UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO FUENTES, | No. 2:15-cv-1397 CKD P |
| Petitioner, | |
| v. | ORDER |
| JEROME PRICE, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis pursuant to 28 U.S.C. § 2254.  He challenges a 2012 disciplinary conviction, which he asserts was obtained in violation of his federal constitutional rights.   Petitioner has consented to Magistrate Judge jurisdiction to conduct all proceedings in this action under 28 U.S.C. § 636(c) and Local Rule 302.  (ECF No. 5.)

On September 28, 2015, the original petition in this action was dismissed, as it appeared the court lacked habeas jurisdiction over petitioner's claim.  See Nettles v. Grounds, 788 F.3d 992 (9th Cir. 2015).  (ECF No. 7.)  Petitioner was granted the opportunity to "file an amended petition that asserts a basis for this court's habeas jurisdiction" under Nettles.  (Id.)  Before the court for screening is petitioner's first amended petition.  (ECF No. 8.)

Having reviewed the amended petition, the undersigned finds that it fails to cure the defects of the original petition.  In short, petitioner has not shown that success on his claims

1

1  "would necessarily spell speedier release from custody."  See Nettles, 788 F.3d at 1001.  As
2  further leave to amend appears futile, the court will summarily dismiss the amended petition
3  under Rule 4 of the Rules Governing Habeas Corpus Cases under Section 2254.
4      Accordingly, IT IS HEREBY ORDERED that:
5    1. The petition is dismissed without prejudice for lack of jurisdiction; and
6    2. The court declines to issue a certificate of appealability under 28 U.S.C. § 2253.
7  Dated:  November 20, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13  2 / fuen1397.nett(2)